IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID W. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 17-cv-00128-CVE-FHM |
| FAIRFAX MEDICAL FACILITIES, INC., | ) ) ) |
| Defendant. | ) ) |

### DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff David W. Williams hereby dismisses with prejudice the above-captioned matter filed against the Defendant. Each party is to bear their own attorneys' fees and costs.

Dated this 21st day of July, 2017.

Respectfully submitted,

s/ Christopher W. Landes
Christophe r W. Landes, OBA #19857
James G. Devinney, OBA #12976
Devinney Law Firm PC
115 East Grand
Ponca City, OK 74601
Telephone (580) 765-9660
Facsimile (580) 765-3019
clandes@devinneylawfirm.com
ATTORNEYS FOR PLAINTIFF DAVID W. WILLIAMS